

LAW OFFICES OF MIRIAM HISER
MIRIAM HISER (129824)
550 Montgomery Street, Suite 650
San Francisco, California 94111
Telephone: (415) 345-9234
Facsimile: (415) 395-9372
mhiser@hiserlaw.com

Attorney for Defendant Stuart Schoenmann, Executor of the Probate Estate of Donn R. Schoenmann

Signed and Filed: August 22, 2023

_____
DENNIS MONTALI
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>E. LYNN SCHOENMANN,<br><br>    Debtor.<br>_____<br>E. LYNN SCHOENMANN,<br><br>    Plaintiff,<br><br>  v.<br><br>STUART SCHOENMANN, as Executor of the Probate Estate of Donn Schoenmann,<br><br>    Defendant. | Case No. 22-30028 (DM)<br><br>Chapter 11<br><br>Adversary Proceeding No. 23-03017<br><br>**ORDER**<br><br>Date:  August 11, 2023<br>Time:  10:30 a.m.<br>Judge: Hon. Dennis Montali |

    On August 11, 2023, Debtor's Motion to Determine Costs and Interests Under Section 363(j) came on for hearing. Michael St. James appeared on behalf of Plaintiff and Debtor E. Lynn Schoenmann. Miriam Hiser appeared on behalf of Stuart Schoenmann, Executor of the Probate Estate of Donn R. Schoenman and Defendant herein ("Defendant").

    Debtor's request for reimbursement of $110,535.08 for "Improvements" to the 39 Ethel Property is denied. Counsel for Defendant is authorized promptly to disburse the following amounts from the $1,066,115.94, net proceeds of sale of the 39 Ethel Property currently held in her Hiser Law Attorney – Trust Account #8441:

(1) $1647 to the Trust Account of Michael St. James [representing: (a) $814 for final reconciliation of sale proceeds between Defendant and the bankruptcy estate; (b) $2,333 for additional staging costs not paid from escrow; and (c) minus a hold back of $1,500, representing the Probate Estate's one-half share of $3,000 overpayment made from escrow to the Bridge Lender at closing, which $3,000 was remitted to the Trust Account of Michael St. James by the escrow agent]; and

(2) $1,064,468.94 to Defendant the Probate Estate.

*** END OF ORDER***

Approved as to Form:

ST. JAMES LAW, PC.


By: <u>Michael St. James</u>
Michael St. James
Attorney for Debtor

Court Service List

No service required.